JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ernie Arthur Jaime,<br><br>    Plaintiff,<br><br>    v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-01672-SKO<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME<br><br>(Doc. 13) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from  July 25, 2022 to August 24, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  As Counsel has reported previously in many other cases in this district, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022. Although it has been over

1  three months, Counsel continues to work short periods throughout the day with
2  significant breaks throughout.  Counsel continues to attend physical therapy four
3  days a week.
4      Additionally, for the weeks of July 25, 2022 and August 1, 2022, Counsel
5  for Plaintiff has seven merit briefs, and several reply briefs.
6      Defendant does not oppose the requested extension.  Counsel apologizes to
7  the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:      June 27, 2022      PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: June 27, 2022      PHILLIP A. TALBERT
                          United States Attorney
                          PETER K. THOMPSON
                          Acting Regional Chief Counsel, Region IX
                          Social Security Administration


By:  */s/ Margaret Lehrkind*
    Margaret Lehrkind
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on June 27, 2022)

# **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 13), and for good cause shown, Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including August 24, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 9) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 28, 2022**                        /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE